IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02720-PAB-BNB

SONIA FRIES, individually and as next friend to J.F., a minor child,

     Plaintiff,

v.

NISSAN MOTOR CO., LTD.,

     Defendant.

---

## MINUTE ORDER

---

**Entered by Judge Philip A. Brimmer**

     This matter is before the Court on the parties' Agreed Stipulation of Dismissal Without Prejudice [Docket No. 21]. The parties request that the Court enter an order dismissing the case without prejudice. The stipulation, however, complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), which provides that the "plaintiff may dismiss an action *without a court order* by filing: . . . a stipulation of dismissal signed by all parties who have appeared." (emphasis added). Therefore, as of the entry of the stipulation, the claims described therein were dismissed without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B) ("Unless the notice or stipulation states otherwise, the dismissal is without prejudice."). No order of dismissal is necessary.

     DATED August 25, 2014.